**JOSEPH M. MEIER ISB #3314**
COSHO HUMPHREY, LLP
Counselors and Attorneys at Law
1501 S. TYRELL LANE
PO BOX 9518
BOISE, ID 83707-9518
Telephone (208) 344-7811
Facsimile (208) 338-3290
Email: jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HIGH COUNTRY FUSION COMPANY, INC.<br><br>Debtor. | Case No. 17-40347-JDP<br><br>Chapter 11 |

**NOTICE OF SALE, SALE HEARING AND DEADLINES FOR OBJECTIONS TO SALE** PLEASE TAKE NOTICE OF THE FOLLOWING:

    **1. Sale Motion and Proposed Sale:** High Country Fusion Company, Inc. as debtor in possession, ("Debtor") filed a Motion For Orders Pursuant To 11 U.S.C. §§ 105(A) And 363(B) And Fed. R. Bankr. P. 2002, 6004, And 9014 (I) Approving (A) Sale Procedures And (B) The Form And Manner Of Notice Of The Sale Of Certain Assets And (II) Granting Related Relief; Authorizing And Approving The Sale Of Certain Assets; And (III) Waiving The 14-Day Stay Of Fed. R. Bankr. P. 6004(H) on September 15, 2017 (Docket No. 130) which was supplemented on September 26, 2017 (Docket No. 154) (the Motion and the Supplement is collectively referred to herein as the "Sale Motion").  In the Sale Motion, the Debtor seeks, among other relief, authority to sell its assets to the highest bidder, recognizing that

**NOTICE OF SALE; DEADLINE FOR OBJECTIONS, NOTICE OF HEARING Page 1**

Consolidated Pipe and Supply Co., Inc. (the "Stalking Horse") has submitted an initial acceptable bid pursuant to that certain Asset Purchase Agreement (as has been amended as described in the Sales Procedures Order and which is hereinafter called the "Stalking Horse APA"), to the Stalking Horse or another purchaser pursuant to a higher or otherwise better offer (in either case, the "Purchaser") received pursuant to bid procedures approved by the United States Bankruptcy Court for the District of Idaho (the "Bankruptcy Court"). The assets the Debtor desires to sell are essentially all of the assets of the Debtor except its accounts receivable, cash and a note receivable from an Australian company. You should inspect the Stalking Horse APA and the Bidding and Sale Procedures (Revised) for a complete description of the assets. Pursuant to the terms of the Stalking Horse APA, Debtor proposes to sell all assets to the Purchaser free and clear of all interests pursuant to Sections 363(f)(2) and (3) of the Bankruptcy Code for at least $3.5 million. The liens shall attach to the proceeds. Copies of the Sale Motion, including the Stalking Horse APA, are available on the Bankruptcy Court's electronic docket or from counsel for the Debtor–in-Possession at the contacts described above on the top of page one.

**2. Sale Procedures Order.** On October 19, 2017, the Bankruptcy Court entered its Order Approving (I) Form Of Stalking Horse APA, (II) Sale Procedures, (III) Notice Procedures, And (IV) Other Relief (the "Sale Procedures Order") (ECF No. 179). A copy of the Sale Procedures Order is attached to this notice as Exhibit "1". **Please Note attached to that Order are additional modifications to the Stalking Horse APA as well as the Bidding and Sale Procedures (Revised).**

**3. Solicitation for Additional Bids**. Interested parties are invited to make competing offers to purchase the assets described in the Stalking Horse APA pursuant to and in accordance with the Sale Procedures Order. Terms not otherwise defined in this

**NOTICE OF SALE; DEADLINE FOR OBJECTIONS, NOTICE OF HEARING Page 2**

notice shall have the meanings ascribed to them in the Sale Procedures Order (including the Bidding and Sale Procedures attached to the Order).

**4. Deadline for Submission of Alternative Qualified Bids; Auction.** Pursuant to the Sale Procedures Order, competing bids must be submitted to counsel for Debtor on or before November 27, 2017 at 5:00 pm MST. If Debtor receives one or more Alternative Qualified Bids, as defined in the Sale Procedures Order, Debtor will conduct an auction on December 1, 2017 at 10:00 am MST at the offices of Cosho Humphrey, LLP. 1501 S. Tyrell Lane, Boise, Idaho 83706. If this location is changed all Qualified Bidders shall receive notice of that location change. If no Alternative Qualified Bids are received, Debtor will not conduct an auction and will request the Bankruptcy Court to approve the transactions contemplated in the Stalking Horse APA with the Stalking Horse as Purchaser.

**5. Notice of the Sale Hearing.** The Bankruptcy Court has scheduled a final hearing on the Sale Motion on December 6, 2017, commencing at 1:30 p.m. MST, to consider any unresolved, timely filed and properly-served objections to the Sale Motion or the Sale or the conduct of the Auction, and for the purpose of considering entry of an order approving the Sale and the Sale Motion.

All hearings will be held in a Courtroom of the United States Bankruptcy Court, 550 W. Fort Street, Boise, Idaho 83724. At the hearing, the Court will, among other things, consider approval of the proposed sale to the Stalking Horse or, if an Auction under the Sale Procedures Order is conducted, to the Successful Bidder at the Auction.

**6. Objections to the Sale and/or Sale Motion.** Any party in interest wishing to object to any aspect of the Sale Motion must both (i) on or before 5:00 p.m. (MST) on November 27, 2017, file a written response stating the specific grounds for the objection and such party's relation to this case (other than objections to the conduct of the Auction, which objections may

**NOTICE OF SALE; DEADLINE FOR OBJECTIONS, NOTICE OF HEARING Page 3**

be asserted at any time prior to or at the Auction), and (ii) attend the final hearing on the Sale Motion. Any such objections must be filed in writing or electronically through the Bankruptcy Court's ECF system (other than objections to the conduct of the Auction, which objections may be asserted at any time prior to or at the Auction). If filed in writing, such objection must be filed with the clerk of the United States Bankruptcy Court, 550 W. Fort Street, 4th Floor, Boise, Idaho 83724. **The failure of any objecting party to timely file and serve its objection shall be a bar to the assertion by such party at the Sale Hearing or thereafter of any objection to the Sale Motion, the Sale, or Debtor's consummation and performance of the Sale with the Stalking Horse or the Successful Bidder, as applicable.**

    7.  **Sale in Conjunction with Plan.**  The Debtor has also filed a plan, which will be served on Creditors when permitted by the Bankruptcy Code.  Debtor is seeking to conduct a confirmation hearing on the plan on the same date as the Sale Hearing, which plan adopts the sale and proposes payments.  Debtor believes the following are the advantages of approving this sale, even if the plan cannot be confirmed on December 6, 2017:

    a.    Debtor believes this sale is the best way to generate the most for both secured and unsecured creditors.

    b.    Debtor does not believe that a straight liquidation which is not a going concern will generate as much as this Sale, even if no other bids are received.

    c.    The Bidding and Sale Procedures permit other interested parties the opportunity to compete for the going concern assets of the Debtor and thus increase the sale price.

    d.    The Debtor believes that a plan which pursues reorganization rather than the going concern sale would be strenuously opposed by its major secured creditor.

    e.    In addition to the benefit to creditors, Debtor believes this Sale benefits not only the employees of Debtor but also the community of Fairfield, Idaho, in that, at least if the

**NOTICE OF SALE; DEADLINE FOR OBJECTIONS, NOTICE OF HEARING Page 4**

Stalking Horse is the ultimate Purchaser, a large employer would remain at that location after the Sale closes.

        f.      Debtor believes it has explored every potential purchaser and that this sale process presents the best opportunity to bring those other purchasers forward.

DATED this  19th  day of October, 2017.

                COSHO HUMPHREY, LLP

                /s/ Joseph M. Meier
                By Joseph M. Meier
                Attorneys for Debtor-in-Possession

**NOTICE OF SALE; DEADLINE FOR OBJECTIONS, NOTICE OF HEARING Page 5**